UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AARON ALEXANDER WHITMAN #610644,

    Petitioner,        Case No. 1:09cv83

v.               Hon. Robert J. Jonker

NICK LUDWICK, Warden,

    Respondent.
_____/

**ORDER**
**APPROVING REPORT AND RECOMMENDATION**

   The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 2, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

   **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 2, 2012, is **APPROVED AND ADOPTED** as the opinion of the court.

   **IT IS ORDERED** that the habeas corpus petition is **DENIED**.

   **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


                  /s/ Robert J. Jonker
                  ROBERT J. JONKER
                  UNITED STATES DISTRICT JUDGE

DATED:  February 28, 2012.